JOHN C. TATEM, appellant,

*v.*

THOMAS C. SPEAKMAN, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Speakman v. Tatem, 3 Dick. Ch. Rep. 137.*

*Messrs. Grey & Grey,* for the appellant.

*Mr. David J. Pancoast,* for the respondent.

Bohmrich v. Knoop.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.